

## REHEARING DOCKET

**86-642.** State v. Beuke. *Hamilton County,* No. C-830829. Reported at 38 Ohio St. 3d 29, 526 N.E. 2d 274. On motion for rehearing. Rehearing denied.

On motion for stay. Motion granted.

Holmes, J., not participating.

**86-1728.** State v. Osborne. *Franklin County,* No. 85AP-945. Reported at 37 Ohio St. 3d 249, 525 N.E. 2d 1363. On motion for rehearing. Rehearing denied.

**87-196.** Staff Builders, Inc. v. Armstrong. *Stark County,* No. CA-6855. Reported at 37 Ohio St. 3d 298, 525 N.E. 2d 783. On motion for rehearing. Rehearing denied.

Moyer, C.J., and Wright, J., dissent.

**87-798.** Thompson Electric, Inc. v. Bank One, Akron, N.A. *Summit County,* No. 12705. Reported at 37 Ohio St. 3d 259, 525 N.E. 2d 761. On motion for rehearing. Rehearing denied.

H. Brown, J., not participating.

**88-574.** Kettering, ex rel. Moser, v. Kettering. *Montgomery County,* No. CA 10596. Reported at 37 Ohio St. 3d 298, 525 N.E. 2d 490. On motion for rehearing. Rehearing denied.

Sweeney and Douglas, JJ., dissent.

**88-980.** State, ex rel. Pinkava, v. Eighth District Court of Appeals. In Mandamus. Reported at 38 Ohio St. 3d 701, ____ N.E. 2d ____. On motion for rehearing. Rehearing denied.

## DISCIPLINARY DOCKET

**No. D.D. 87-23.** Disciplinary Counsel v. Hock, No. 9-87-B. On motion for monthly payment of costs. Reported at 36 Ohio St. 3d 177, 522 N.E. 2d 543. Motion granted.

**No. D.D. 87-26.** Disciplinary Counsel v. King, No. 57-86-B. On motion for extension of time to pay court costs. Reported at 37 Ohio St. 3d 77, 523 N.E. 2d 857. Motion granted.

Moyer, C.J., not participating.